# Order

June 3, 2015

150846(152)

DTE ELECTRIC COMPANY, a/k/a DETROIT
EDISON COMPANY,
        Plaintiff-Appellee,

v

JOSEPH CONSTANT,
        Defendant-Appellant.
_____/

**Michigan Supreme
Court
Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

SC: 150846
COA: 317976
Oakland CC: 2013-132055-CH

On order of the Chief Justice, the second motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply will be accepted as timely filed if submitted on or before June 9, 2015.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2015

_____  _____